IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON E. MINOR, | : | Case No. 2:22-cv-304 |
| 406 Park Avenue | : | |
| New Castle, PA 16101 | : | |
| | : | |
| Plaintiff, | : | COMPLAINT |
| | : | |
| vs. | : | FILED ON BEHALF OF: |
| | : | Plaintiff, Aaron E. Minor |
| DENIS McDONOUGH, Secretary | : | |
| of the Department of Veterans' Affairs | : | |
| 810 Vermont Avenue N.W. | : | COUNSEL OF RECORD FOR |
| Washington, D.C. 20420 | : | PARTY: |
| | : | Neal A. Sanders, Esquire |
| Defendant. | : | PA ID No. 54618 |
| | : | Law Offices of Neal A. Sanders |
| | : | 262 South Water Street, Suite 200 |
| | : | Kittanning, PA  16201 |
| | : | lonas@earthlink.net |
| | : | (724) 919-8884 |
| | : | |
| | : | JURY TRIAL DEMANDED |

**COMPLAINT AND JURY DEMAND**

Plaintiff Aaron E. Minor, complaining of Defendant Denis McDonough, Secretary of the

Department of Veterans' Affairs, alleges as follows:

**PARTIES**

1.      Plaintiff, Aaron E. Minor, is an individual citizen who currently resides at 406

Park Avenue, New Castle, Pennsylvania 16101.

2.      Defendant, Denis McDonough, is the Secretary of the Department of Veterans'

Affairs, an independent establishment of the executive branch of the United States Government,

with offices located at 810 Vermont Avenue N.W., Washington, D.C. 20420.  Among the

facilities operated by the Department of Veterans Affairs is the Butler Veterans Administration Medical Center (BVAMC) located at 353 North Duffy Road, Butler, PA 16001.

## JURISDICTION AND VENUE

3.    This action arises under Title VII of the Civil Rights Act of 1964 (Title VII), 42 U.S.C. § 2000e et seq.

4.    Jurisdiction over Count I of this action is conferred upon this Court by 42 U.S.C. § 2000e-5(f) and 28 U.S.C. § 1331.

5.    Venue is properly laid in the Western District of Pennsylvania, because all transactions and occurrences which give rise to this action occurred within this District.

## COUNT I
### Title VII - Race Discrimination - Failure to Promote

6.  As an agency of the federal government, the Defendant is covered under the provisions of Title VII, 42 U.S.C. § 2000e *et seq*.

7.  In or about May, 2015, Plaintiff was employed by the Defendant at the BVAMC facility as a GS-6 Police Officer.

8.  At all times relevant hereto, Plaintiff was qualified for the position of police officer. Plaintiff possessed the educational background necessary for this position and had received favorable performance evaluations while working in this position at the BVAMC.

9.  Plaintiff is a member of a class protected under the provisions of Title VII by reason of his race, black.

2

10.  From March 1, 2021 through March 19, 2021, the Defendant posted a vacancy announcement for a Lead Police Officer position at BVAMC on USAJOBS.gov.

11.  Plaintiff applied for the Lead Police Officer vacancy, was qualified for this position, and was placed on the list of eligibles.

12.  On April 8, 2021, Plaintiff was informed that he had not been selected for the Lead Police Officer position.

13.  The Caucasian individual who was selected to fill the Lead Police Officer was less qualified for the position than Plaintiff.

14.  Plaintiff was more qualified than the successful candidate because of his extensive military and law enforcement experience prior to his hire at the Butler VA, the training and education he received in the military and as a civilian, the extra duties he had performed since his hire at the Butler VA, and the outstanding performance evaluations he had received while employed as a police officer at the Butler VA.

15. The Defendant, acting through its employees and agents, was motivated by an intent to discriminate against Plaintiff because of his race when it failed to promote Plaintiff to the vacant Lead Police Officer position but instead awarded the position to a Caucasian individual who is less qualified than Plaintiff.

16.  Prior to filing this action, Plaintiff filed a charge alleging unlawful retaliation and discrimination on the basis of race with the EEO.  A Final Agency Decision was issued on December 3, 2021.  A true and correct copy of this decision is attached hereto as Exhibit 1.

17.  As the direct and proximate result of the Defendant's actions set forth above, the Plaintiff has suffered loss of wages in the amount of the difference between his wages as a GS-6

Police Officer and the wages he would have received had he been selected for the Lead Police Officer position from April 8, 2021 through the present, front pay based on the same differential, humiliation, embarrassment, loss of self-esteem, adverse health effects and loss of time and money in endeavoring to protect himself from Defendant's unlawful discrimination, including the costs and reasonable attorney's fees of this action.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against the Defendant and award Plaintiff back pay and front pay based on the difference between Plaintiff's wages as a GS-6 Police Officer and the wages he would have received had he been selected for the Lead Police Officer position, compensatory damages for humiliation, embarrassment and loss of self esteem, and reasonable costs and attorney's fees.

## COUNT II
### Title VII - Retaliation

18. Plaintiff incorporates by reference all averments and allegations from Paragraphs 1 through 17 as though the same were set forth herein at length and made a part hereof.

19. Plaintiff's most recent activity protected under the provisions of Title VII is an EEO complaint alleging race discrimination and retaliation filed in 2019 and the subsequent federal lawsuit, which settled in March 2021.

20. Plaintiff's prior Title VII lawsuit was settled during the period that the Lead Police Officer position was posted on USAJOBS.gov.

21. Accordingly, Plaintiff has engaged in activity protected under the provisions of Title VII.

22.  Plaintiff applied for the Lead Police Officer position vacancy that was posted in March 2021 and was qualified therefor.

23.  On April 8, 2021, shortly after Plaintiff's prior lawsuit was settled, Plaintiff was informed that he had not been selected for the Lead Police Officer vacancy.

24.  The individual who was selected for the position was less qualified than Plaintiff and had not engaged in prior protected activity.

25.  An employee would be dissuaded from making or supporting a claim of discrimination by being denied a promotion when he was the most qualified candidate for the position.

26. The Defendant, acting through its employees and agents, was motivated by an intent to retaliate against Plaintiff because of his prior protected activity when it failed to promote Plaintiff to the vacant Lead Police Officer position but instead awarded the position to an individual who is less qualified than Plaintiff but had not engaged in prior protected activity.

27.  As the direct and proximate result of the Defendant's actions set forth above, the Plaintiff has suffered loss of wages in the amount of the difference between his wages as a GS-6 Police Officer and the wages he would have received had he been selected for the Lead Police Officer position from April 8, 2021 through the present, front pay based on the same differential, humiliation, embarrassment, loss of self-esteem, adverse health effects and loss of time and money in endeavoring to protect himself from Defendant's unlawful discrimination, including the costs and reasonable attorney's fees of this action.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against the Defendant and award Plaintiff back pay and front pay based on the difference between Plaintiff's wages as a GS-6 Police Officer and the wages he would have received had he been selected for the Lead Police Officer position, compensatory damages for humiliation, embarrassment and loss of self esteem, and reasonable costs and attorney's fees.

Respectfully submitted,

LAW OFFICES OF NEAL A. SANDERS

Dated: February 17, 2022

By:/s/Neal A. Sanders
    Neal A. Sanders, Esquire
    PA ID NO. 54618
    Counsel for Plaintiff,
    Aaron E. Minor

    Law Offices of Neal A. Sanders
    262 South Water Street, Suite 200
    Kittanning, PA 16201
    lonas@earthlink.net
    T (724) 919-8884
    F (724) 919-8903

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

By:/s/Neal A. Sanders
    Neal A. Sanders, Esquire